**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

RAVI SUBRAMANIAN
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

July 30, 2025

### QUEERDOC PLLC V. UNITED STATES DEPARTMENT OF JUSTICE
Case # 2:25–mc–00042–JNW *SEALED*

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Attorney Admission**
> Counsel Scott B Dahlquist and Patrick Runkle is/are not admitted to practice in the US District Court, Western District of Washington. Counsel must submit a Petition for Admission. After you have been admitted to practice before this Court, please promptly file a Notice of Appearance in this case pursuant to LCR 83.2. Questions about this process should be directed to the Attorney Admission Clerk at 206–370–8400 or WAWD_Admissions@wawd.uscourts.gov.
>
> **Additional Notes:** Attorneys Dahlquist and Runkle should apply for Conditional Admission

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file