The Honorable Jamal N. Whitehead

```
_____ FILED        _____ ENTERED
_____ LODGED       _____ RECEIVED
```

SEP 03 2025  LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

QUEERDOC, PLLC,

    *Movant,*

v.

U.S. DEPARTMENT OF JUSTICE,

    *Respondent.*

Case No.: 2:25-MC-00042-JNW

GOVERNMENT'S NOTICE OF EASTERN DISTRICT OF PENNSYLVANIA ORDER TO DISCLOSE LITIGATION

UNDER SEAL

Pursuant to orders issued by United States District Court Judge Mark A. Kearney in the Eastern District of Pennsylvania in *In Re: Subpoena No. 25-1431-014*, No. 25-mc-39-MAK, the United States has been ordered to disclose *in camera* to Judge Kearney the existence and status of this litigation, including any opinions or decisions that have been issued in this matter. The relevant Eastern District of Pennsylvania's orders are attached hereto as Exhibit A. Judge Kearney has ordered that the government provide the initial disclosure on September 8, 2025, and update the court *in camera* with any further developments on September 24, 2025 (the September 2 order extended the initial disclosure deadline from September 3 to September 8). *See* Ex. A. Judge Kearney has also ordered that the government provide copies of these disclosures to counsel for the movant in that matter on an attorneys'-eyes-only basis. *Id.*

GOVERNMENT'S NOTICE OF EASTERN
DISTRICT OF PENNSYLVANIA ORDER TO
DISCLOSE LITIGATION – p. 1
2:25-MC-00042-JNW

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

The government wishes to notify this Court and QueerDoc's counsel of these orders of the United States District Court for the Eastern District of Pennsylvania, and that the United States intends to comply with them.

Dated this 3rd day of September, 2025.

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

LISA K. HSIAO
Acting Director

/s/ Ross S. Goldstein
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
ross.goldstein@usdoj.gov

GOVERNMENT'S NOTICE OF EASTERN
DISTRICT OF PENNSYLVANIA ORDER TO
DISCLOSE LITIGATION – p. 2
2:25-MC-00042-JNW

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

# CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2025, I served the foregoing Notice via electronic mail pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure to the following counsel of record, who has consented in writing to electronic service:

Harry H. Schneider, Jr.
David B. Robbins
Shireen Lankarani
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
hschneider@perkinscoie.com
drobbins@perkinscoie.com
slankarani@perkinscoie.com

Jaclyn Machometa
ARNOLD & PORTER KAYE SCHOLER LLP
500 Boylston Street, 20th Floor
Boston, MA 02116
jaclyn.machometa@arnoldporter.com

Paula R. Ramer
Marcus Asner
Bee Nagle
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
paula.ramer@arnoldporter.com
marcus.asner@arnoldporter.com
bee.nagle@arnoldporter.com

Samuel D. Kleinman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
sam.kleinman@arnoldporter.com

Dated this 3rd day of September, 2025.

/s/ Ross S. Goldstein
ROSS S. GOLDSTEIN

GOVERNMENT'S NOTICE OF EASTERN
DISTRICT OF PENNSYLVANIA ORDER TO
DISCLOSE LITIGATION – p. 3
2:25-MC-00042-JNW

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: SUBPOENA NO. 25-1431-014 | : | MISCELLANEOUS ACTION |
| | : | |
| | : | NO. 25-39 |

## ORDER

**AND NOW**, this 20th day of August 2025, upon considering the subpoenaed witness's Motion to limit subpoena (ECF 1), the United States' Opposition (ECF 13), the subpoenaed witness's Reply (ECF 20), and finding questions arising from our ongoing study of the scope of administrative subpoenas in furtherance of United States' investigations mindful the parties did not brief whether a subpoenaed health care provider has challenged a similar subpoena before a court, and for good cause, it is **ORDERED** the United States shall email joint letters *in camera* to Chambers' email not exceeding ten pages copying the subpoenaed witness's counsel by no later than **September 3, 2025** and **September 24, 2025** representing the parties' present and updated understanding of any other challenges, appraising us of the status of subpoenas concerning gender-related care issued by the United States to other health care providers, and attaching docket sheets, issued Orders, and Opinions in such challenges to date.

KEARNEY, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: SUBPOENA NO. 25-1431-014 : MISCELLANEOUS ACTION
:
: NO. 25-39

## ORDER

**AND NOW**, this 2nd day of September 2025, following today's conference with counsel (ECF 23) to clarify the parties' obligations under our August 20, 2025 Order (ECF 22), and finding good cause with due respect to proceedings remaining under seal in other courts, it is **ORDERED** we **amend** our August 20, 2025 Order (ECF 22) to confirm:

1. The parties are granted leave to email their first *in camera* letter to Chambers by no later than **September 8, 2025**;

2. The parties shall not share, distribute, or discuss the information presented in the *in camera* summary letters (and attachments) emailed only to Chambers with a person other than counsel who entered an appearance as of today's call as well as the witness's assigned in-house counsel (and directing in-house counsel of the same prohibition) until further Order; and,

3. The parties will endeavor to provide a fulsome status of pending or challenged subpoenas mindful some courts may not allow access to sealed dockets but otherwise consistent with their obligations under our August 20, 2025 Order (ECF 22).

KEARNEY, J.