The Honorable Jamal N. Whitehead

_____FILED         _____ENTERED
_____LODGED        _____RECEIVED

SEP 2 6 2025   LS

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| IN RE: ADMINISTRATIVE SUBPOENA NO. 25-1431-019 | Case No.: 2:25-MC-00042-JNW<br><br>FILED UNDER SEAL<br><br>GOVERNMENT'S PRAECIPE TO FILE ADDITIONAL DOCUMENT |

Pursuant to Local Rule W.D. Wash. LCR 7(m), the United States respectfully seeks to file an additional document in support of its Response to QueerDoc, PLLC's ("QueerDoc") Motion to Quash. Under this District's Local Civil Rules, a party may seek to add an additional document in support of a previous filing if it files a praecipe that sets forth "why the document was not included with the original filing and reference[s] the original filing by docket number." W.D. Wash. Local Civ. R. 7(m); *see Microsoft Corp. v. My Choice Software, LLC*, No. C18-0608-JCC, 2019 WL 2123564, at *6 (W.D. Wash. May 15, 2019) (allowing additional documents through praecipe after filing of opposition where the new documents simply support arguments already made, even in absence of original filing error). Because QueerDoc supplemented its original filing with additional authority to suggest the government issued the administrative subpoena for an improper purpose and may need "an affidavit[] or other evidence to show proper purpose," the United States asks this Court to permit the filing of the Declaration of Consumer

GOVERNMENT'S PRAECIPE TO FILE
ADDITIONAL DOCUMENT – p. 1
2:25-MC-00042-JNW
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

Protection Branch Assistant Director Allan Gordus (attached as Exhibit A), which sets out the legal background to this investigation as well as relevant facts about QueerDoc and the drugs at issue.

On September 10, 2025, QueerDoc filed a Notice of Supplemental Authority, notifying the Court of the recent decision by the District of Massachusetts granting a motion by Boston Children's Hospital to quash an administrative subpoena issued pursuant to 18 U.S.C. § 3486. *See In re: Administrative Subpoena, No. 25-1431-019*, No. 25-mc-91324, ECF No. 33 (D. Mass. Sept. 9, 2025) (attached as Exhibit A to QueerDoc's Notice). This decision, unlike any other authority cited by QueerDoc in its motion to quash, suggests that the government may need to submit an affidavit or other evidence to show proper purpose in order to overcome a motion to quash a facially valid subpoena. Indeed, QueerDoc states in its filing with the supplemental authority that while the District of Massachusetts held that the subpoena there was procedurally sound, the "DOJ failed to articulate a proper purpose for the subpoena" and the "true purpose "of issuing the subpoena was to interfere with the provision of gender care in Massachusetts and to harass and intimidate patients and doctors.

The attached Declaration by Mr. Gordus, a career employee who has been employed for 25 years with the Department of Justice serves to supplement the record with an affidavit now seemingly called for by the new authority that QueerDoc submitted. Mr. Gordus's Declaration specially counters QueerDoc's assertion that the administrative subpoena issued here was for an improper purpose. As noted in the Declaration, this investigation is focused on prescription drugs typically used in gender-related care for children and adolescents—drugs that lack approval by the FDA for the treatment of gender dysphoria, as well as safety and efficacy determinations. Further, with regard to these drugs, and as declared under penalty of perjury by Mr. Gordus, there is evidence that, among other things, QueerDoc and its associates may be violating the Federal Food, Drug, and Cosmetic Act—either directly or through a conspiracy with others (*e.g.*, with pharmacies, drug manufacturers, and/or distributors)—with the intent to defraud and

GOVERNMENT'S PRAECIPE TO FILE
ADDITIONAL DOCUMENT – p. 2
2:25-MC-00042-JNW
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

mislead. The documents called for by investigative HIPAA subpoena are relevant to, and necessary to further this investigation.

As Mr. Gordus's Declaration makes no new arguments, but rather only supports the government's original position that the subpoena was issued for a proper purpose, and as the new document supplements the record with evidence that may be required under new authority submitted by the movant, the United States respectfully request this document be submitted to support the Government's Response in Opposition to QueerDoc's Motion to Quash.

RESPECTFULLY SUBMITTED, this 26th day of September, 2025.

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

LISA K. HSIAO
Acting Director
Consumer Protection Branch

/s/ Patrick R. Runkle
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors
SCOTT DAHLQUIST
Trial Attorney

U.S. Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
Tel: (202) 353-4218
ross.goldstein@usdoj.gov

GOVERNMENT'S PRAECIPE TO FILE
ADDITIONAL DOCUMENT – p. 3
2:25-MC-00042-JNW
FILED UNDER SEAL

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

# CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2025, I served the foregoing via electronic mail pursuant to Rule 5(b)(2)(E) of the Federal Rules of Civil Procedure to the following counsel of record, who has consented in writing to electronic service:

Harry H. Schneider, Jr.
David B. Robbins
Shireen Lankarani
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, WA 98101
hschneider@perkinscoie.com
drobbins@perkinscoie.com
slankarani@perkinscoie.com

Jaclyn Machometa
ARNOLD & PORTER KAYE SCHOLER LLP
500 Boylston Street, 20th Floor
Boston, MA 02116
jaclyn.machometa@arnoldporter.com

Paula R. Ramer
Marcus Asner
Bee Nagle
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019
paula.ramer@arnoldporter.com
marcus.asner@arnoldporter.com
bee.nagle@arnoldporter.com

Samuel D. Kleinman
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
sam.kleinman@arnoldporter.com

Dated this 26th day of September, 2025.

*/s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN

GOVERNMENT'S PRAECIPE TO FILE
ADDITIONAL DOCUMENT – p. 4
2:25-MC-00042-JNW
**FILED UNDER SEAL**

United States Department of Justice
Consumer Protection Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218