The Honorable Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| QUEERDOC, PLLC, | |
| *Movant,* | Case No.: 2:25-MC-00042-JNW |
| v. | |
| U.S. DEPARTMENT OF JUSTICE, | **GOVERNMENT'S NOTICE OF APPEAL** |
| *Respondent.* | |

PLEASE TAKE NOTICE that the United States of America, named herein as the United States Department of Justice, the respondent in the above-captioned case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the order of this Court dated October 27, 2025 (ECF 27).

Dated this 21st day of November, 2025.

Respectfully submitted,

**FOR THE UNITED STATES OF AMERICA**

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

NOTICE OF APPEAL – p. 1
2:25-MC-00042-JNW

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218

LISA K. HSIAO
Acting Director


*/s/ Ross S. Goldstein*
ROSS S. GOLDSTEIN
PATRICK R. RUNKLE
Assistant Directors

SCOTT B. DAHLQUIST
Trial Attorney

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, D.C. 20044
Tel:      202-353-4218
Fax:     202-514-8742

Ross.Goldstein@usdoj.gov

NOTICE OF APPEAL – p. 2
2:25-MC-00042-JNW

United States Department of Justice
Enforcement & Affirmative Litigation Branch
P.O. Box 386
Washington, DC 20044
(202) 353-4218