THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QueerDoc, PLLC,

               Movant,

     v.

U.S. Department of Justice,

               Respondent.

No. 2:25-MC-00042-JMW

**NOTICE OF WITHDRAWAL**

Pursuant to Local Rules W.D. Wash. LCR 83.2(b)(3), attorney Shireen Lankarani of the law firm Perkins Coie LLP notifies the Court of her withdrawal as counsel for Plaintiffs in this matter. Plaintiff remains represented by the other undersigned attorneys from Perkins Coie LLP and Arnold & Porter.

DATED this 10th day of April, 2026

*s/ Shireen Lankarani*
Shireen Lankarani
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
Email: SLankarani@perkinscoie.com

*Withdrawing  Counsel*

NOTICE OF WITHDRAWAL – 1
(No. 2:25-MC-0042-JNW)

**Arnold & Porter**
601 Massachusetts Ave, NW
Washington, DC 20001-3742
Phone: +1.202.942.5000

DATED this 10th day of April, 2026.

By:    s/ Harry H. Schneider Jr.
       Harry H. Schneider, Jr., WSBA No. 9404
       David B. Robbins,  WSBA No. 13628
       **Perkins Coie LLP**
       1301 Second Avenue Suite 4200
       Seattle, Washington 98101
       Telephone: (206) 359-8000
       Facsimile: (206) 359-9000
       HSchneider@perkinscoie.com
       DRobbins@perkinscoie.com

       Paula R. Ramer*
       Marcus A. Asner*
       Brittney Nagle*
       **Arnold & Porter Kaye Scholer LLP**
       250 West 55th Street
       New York, NY 10019
       Telephone: (212) 836-8000
       Facsimile: (212) 836-8689
       Paula.Ramer@arnoldporter.com
       Marcus.Asner@arnoldporter.com
       Bee.Nagle@arnoldporter.com

Jaclyn Machometa*
**Arnold & Porter Kaye Scholer LLP**
500 Boylston Street, 20th Floor
Boston, MA 02116
Telephone: (617) 351-8050
Facsimile: (617) 226-9199
Jaclyn.Machometa@arnoldporter.com

Samuel D. Kleinman*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Sam.Kleinman@arnoldporter.com

*Attorneys for Movant*
*QueerDoc, PLLC*

*\* Admitted pro hac vice*

NOTICE OF WITHDRAWAL – 2
(No. 2:25-MC-0042-JNW)