UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 30 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

QUEERDOC, PLLC,

Plaintiff - Appellee,

v.

DOJ - UNITED STATES DEPARTMENT OF JUSTICE,

Defendant - Appellant.

No. 25-7384

D.C. No.
2:25-mc-00042-JNW
Western District of Washington, Seattle

ORDER

Before: PAEZ, BEA, and BRESS, Circuit Judges.

Appellant is directed to file a response to Appellee's Petition for Rehearing En Banc filed with this court on September 28, 2026 (Dkt. No. 76). The response shall be filed within twenty-one (21) days of the date of this order. The response shall not exceed fifteen (15) pages in length unless it complies with the alternative length limitation of 4,200 words. 9th Cir. R. 40-1.