THE HONORABLE JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QueerDoc, PLLC,<br>Movant,<br>v.<br>U.S. Department of Justice,<br>Respondent. | No. 2:25-MC-00042-JMW<br>NOTICE OF WITHDRAWAL |

Pursuant to Local Rule 83.2(b)(3), I, Samuel D. Kleinman, of the law firm of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), notify the Court of my withdrawal as counsel for Movant QueerDoc, PLLC, as my last day of employment at Arnold & Porter is November 6, 2026. Movant remains represented by the other undersigned attorneys from Ashurst Perkins Coie LLP and Arnold & Porter.

DATED this 5th day of November, 2026

*/s/ Samuel D. Kleinman*
Samuel D. Kleinman
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue NW
Washington, DC 20001
sam.kleinman@arnoldporter.com

*Withdrawing Counsel*



**Arnold & Porter**
601 Massachusetts Ave, NW
Washington, DC 20001-3742
Phone: +1.202.942.5000

*By:* *<u>/s/ Samuel D. Kleinman</u>*
Harry H. Schneider, Jr., WSBA No. 9404
David B. Robbins, WSBA No. 13628
**Ashurst Perkins Coie LLP**
1301 Second Avenue Suite 4200
Seattle, Washington 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
HSchneider@perkinscoie.com
DRobbins@perkinscoie.com
SLankarani@perkinscoie.com

Paula R. Ramer*
**Arnold & Porter Kaye Scholer LLP**
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
Paula.Ramer@arnoldporter.com
Marcus.Asner@arnoldporter.com
Bee.Nagle@arnoldporter.com

Jaclyn Machometa*
**Arnold & Porter Kaye Scholer LLP**
500 Boylston Street, 20th Floor
Boston, MA 02116
Telephone: (617) 351-8050
Facsimile: (617) 226-9199
Jaclyn.Machometa@arnoldporter.com

Samuel D. Kleinman*
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Avenue NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
Sam.Kleinman@arnoldporter.com

*Attorneys for Movant*
*QueerDoc, PLLC*

*Admitted *pro hac vice*